IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAFREEZE SHORESIDE, INC.<br>100 Davisville Pier,<br>North Kingstown, RI 02852<br><br>LONG ISLAND COMMERCIAL FISHING<br>ASSOC., INC.<br>P.O. Box 191<br>Montauk, NY 11954<br><br>XIII NORTHEAST FISHERY SECTOR, INC.<br>205 Rockland Street<br>Dartmouth, MA 01748<br><br>HERITAGE FISHERIES, INC.<br>6 Rhody Drive<br>Westerly, RI 92891<br><br>NAT. W. INC.<br>6 Rhody Drive<br>Westerly, RI 92891<br><br>OLD SQUAW FISHERIES, INC.<br>P.O. Box 1036<br>Montauk, NY 11954<br><br>          *Plaintiffs,*<br><br>     v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>HONORABLE DEB HAALAND, *in her official capacity as the Secretary of the Department of the Interior*<br><br>THE BUREAU OF OCEAN ENERGY MANAGEMENT<br><br>AMANDA LEFTON, *in her official capacity as the Director of the Bureau of Ocean Energy Management* | Civil Action No. 1:21-cv-03276-CRC |

LAURA DANIEL-DAVIS, *in her official capacity as Principal Deputy Assistant Secretary, Land and Minerals Management, Department of the Interior*

THE UNITED STATES DEPARTMENT OF COMMERCE

HONORABLE GINA M. RAIMONDO, *in her official capacity as the Secretary of the Department of Commerce*

THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION /NATIONAL MARINE FISHERIES SERVICE

KIM DAMON-RANDALL, *in her official capacity as Director of the National Marine Fisheries Service Office of Protected Resources*

THE UNITED STATES DEPARTMENT OF DEFENSE

HONORABLE LLOYD J. AUSTIN, *in his official capacity as the Secretary of the Department of Defense*

THE UNITED STATES ARMY CORPS OF ENGINEERS

LT. GEN. SCOTT A. SPELLMON, *in his official capacity as the Commander and Chief of Engineers of the United States Army Corps of Engineers*, and

COLONEL JOHN A. ATILANO II, *in his official capacity as the District Engineer of the New England District of the United States Army Corps of Engineers,*

       *Defendants.* [1]

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kim Damon-Randall, in her official capacity as Director of the National Marine Fisheries Service Office of Protected Resources, is automatically substituted for Catherine Marzin.

## DEFENDANTS' MOTION TO TRANSFER VENUE
## TO THE DISTRICT OF MASSACHUSETTS

Defendants, by their undersigned counsel, respectfully move the Court to transfer this action to the United States District Court for the District of Massachusetts, where there are two pending prior-filed actions challenging the same federal agency actions as challenged in this case. Plaintiffs report that they oppose this Motion. Movant-Intervenors, Vineyard Wind-1 LLC, report that they do not oppose this Motion. In support of this Motion the attention of the Court is respectfully directed to the Memorandum in Support filed herewith.[2]

Respectfully submitted,

DATED: January 18, 2022

*Of Counsel:*

Pedro Melendez-Arreaga
Lead Attorney-Advisor
Offshore Renewable Energy Team
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Washington, D.C. 20240
(202) 513-7759
pedro.melendez-arrea@sol.doi.gov

Matthew J. Harris
Assistant District Counsel
U.S. Army Corps of Engineers
New England District
696 Virginia Road
Concord, MA 01742
(978) 318-8244
matthew.j.harris@usace.army.mil

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Perry M. Rosen*
PERRY M. ROSEN
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 353-7792
E-mail: perry.rosen@usdoj.gov

MARK ARTHUR BROWN
D.C. Bar No. 470050
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0204
Fax: (202) 305-0275
E-mail: mark.brown@usdoj.gov

LUTHER L. HAJEK
CO Bar 44303

---

[2] Upon information and belief, not all of the Defendants have been served at this point. Accordingly, counsel for Defendants are appearing specially for purposes of filing this Motion to transfer and reserve objections to sufficiency of service pursuant to Fed. R. Civ. P. 12(b)(4) and 12(b)(5).

| | |
|---|---|
| Lea Tyhach<br>Attorney - Advisor<br>National Oceanic and Atmospheric Administration<br>Office of General Counsel<br>Northeast Section<br>55 Great Republic Drive<br>Gloucester, MA 01930<br>(978) 281-9242<br>lea.tyhach@noaa.gov | Trial Attorney<br>Natural Resources Section<br>999 18th St., South Terrace, Suite 370<br>Denver, CO 80202<br>Tel: (303) 844-1376<br>Fax: (303) 844-1350<br>E-mail: luke.hajek@usdoj.gov<br><br>*Attorneys for Federal Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion to Transfer Venue, the Memorandum in support thereof, and the Proposed Order, were electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiffs and all other parties, who have registered with the Court's CM/ECF system.

So certified this 18th day of January, 2022 by

/s/ *Perry M. Rosen*
Perry M. Rosen
Counsel for Respondents