IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAFREEZE SHORESIDE, INC., *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>       Defendants. | Civil Action No. 1:21-cv-03276-CRC<br><br>Hon. Christopher R. Cooper |

**NOTICE OF APPEARANCE OF LUTHER L. HAJEK**

Federal Defendants, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Federal Defendants in the above-captioned matter. Please enter the appearance of Luther L. Hajek, United States Department of Justice, as counsel for Federal Defendants.

Mr. Hajek's contact information is as follows:

Luther L. Hajek
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

Telephone:   (303) 844-1376
Facsimile:    (303) 844-1350
E-mail:       luke.hajek@usdoj.gov

Respectfully submitted,

DATED: January 25, 2022                     TODD KIM
                                                   Assistant Attorney General

<table>
<tr><td>

*Of Counsel:*

Pedro Melendez-Arreaga  
Lead Attorney-Advisor  
Offshore Renewable Energy Team  
Division of Mineral Resources  
Office of the Solicitor  
U.S. Department of the Interior  
1849 C Street, NW  
Washington, D.C. 20240  
(202) 513-7759  
pedro.melendez-arrea@sol.doi.gov

Matthew J. Harris  
Assistant District Counsel  
U.S. Army Corps of Engineers  
New England District  
696 Virginia Road  
Concord, MA 01742  
 (978) 318-8244  
matthew.j.harris@usace.army.mil

Lea Tyhach  
Attorney - Advisor  
National Oceanic and Atmospheric Administration  
Office of General Counsel  
Northeast Section  
55 Great Republic Drive  
Gloucester, MA 01930  
(978) 281-9242  
lea.tyhach@noaa.gov

</td><td>

Environment & Natural Resources Division

PERRY M. ROSEN  
Environmental Defense Section  
P.O. Box 7611  
Washington, DC 20044-7611  
Tel: (202) 353-7792  
E-mail: perry.rosen@usdoj.gov

MARK ARTHUR BROWN  
D.C. Bar No. 470050  
Senior Trial Attorney  
Wildlife and Marine Resources Section  
P.O. Box 7611  
Washington, D.C. 20044-7611  
Tel: (202) 305-0204  
Fax: (202) 305-0275  
E-mail: mark.brown@usdoj.gov

*/s/ Luther L. Hajek*  
LUTHER L. HAJEK  
CO Bar 44303  
Trial Attorney  
Natural Resources Section  
999 18th St., South Terrace, Suite 370  
Denver, CO 80202  
Tel: (303) 844-1376  
Fax: (303) 844-1350  
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendant*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance of Luther L. Hajek was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiffs and all other parties, who have registered with the Court's CM/ECF system.

So certified this 25th day of January, 2022 by

*/s/ Luther L. Hajek*
Luther L. Hajek
Counsel for Defendants