IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAFREEZE SHORESIDE, INC., *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* <br><br> *Defendants.* | Civil Action No. 1:21-cv-03276-CRC |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE

Defendants report that they have no objection to Plaintiffs' Motion for Judicial Notice of Relevant Facts (Doc. 22). In that regard, Defendants inform the Court and the Parties that it is filing a Motion to Transfer the case that is identified in Plaintiffs' Motion, *Responsible Offshore Development Alliance v. United States Department of Interior*, Case No. 1:22-cv-237-CRC.

DATED: FEBRUARY 16, 2022

*Of Counsel:*

Pedro Melendez-Arreaga
Lead Attorney-Advisor
Offshore Renewable Energy Team
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Washington, D.C. 20240
(202) 513-7759
pedro.melendez-arrea@sol.doi.gov

Matthew J. Harris
Assistant District Counsel
U.S. Army Corps of Engineers
New England District
696 Virginia Road

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Perry M. Rosen*
PERRY M. ROSEN
D.C. Bar No. 374087
Senior Attorney
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 353-7792
E-mail: perry.rosen@usdoj.gov

MARK ARTHUR BROWN
D.C. Bar No. 470050
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

Concord, MA 01742
(978) 318-8244
matthew.j.harris@usace.army.mil

Lea Tyhach
Attorney - Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel, Northeast Section
55 Great Republic Drive
Gloucester, MA 01930
(978) 281-9242
lea.tyhach@noaa.gov

Tel: (202) 305-0204
Fax: (202) 305-0275
E-mail: mark.brown@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
ANGELA N. ELLIS (D.C. Bar No. 16707)
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
E-mail: luke.hajek@usdoj.gov
E-mail: angela.ellis@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiff and all other parties, who have registered with the Court's CM/ECF system.

So certified this 16th day of February, 2022 by

/s/  *Perry M. Rosen*
Perry M. Rosen
Counsel for Defendants