IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAFREEZE SHORESIDE, INC., *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br>  Federal Defendants, <br><br> and <br><br> VINEYARD WIND 1, LLC, <br><br>  Intervenor-Defendant. | Civil Action No. 1:21-cv-03276-CRC <br><br> Hon. Christopher R. Cooper |

**FEDERAL DEFENDANTS' NOTICE OF FILING
CERTIFIED INDICES TO ADMINISTRATIVE RECORDS**

PLEASE TAKE NOTICE that Federal Defendants (United States Department of the Interior, Deb Haaland, in her official capacity, Bureau of Ocean Energy Management (BOEM), Amanda Lefton, in her official capacity, Laura Daniel-Davis, in her official capacity, United States Department of Commerce, Gina M. Raimondo, in her official capacity, National Oceanic and Atmospheric Administration/National Marine Fisheries Service (NMFS), United States Department of Defense, Lloyd J. Austin, in his official capacity, United States Army Corps of Engineers (USACE), Lt. Gen. Scott A. Spellmon, in his official capacity, and Col. John A. Atilano II, in his official capacity, by and through undersigned counsel, are hereby filing the certified indices to the administrative records for the above-captioned matter pursuant to LCvR 7(n).

The index to the BOEM administrative record (Exhibit 1) has been certified by James F. Bennett, Program Manager for the Office of Renewable Energy Programs, BOEM. The index to the NMFS administrative record (Exhibit 2) has been certified by Samuel D. Rauch, III, Deputy Assistant Administrator for Regulatory Programs for NMFS. The index to the USACE administrative record (Exhibit 3) has been certified by Christine M. Jacek, Regulatory Project Manager, USACE, New England District. The certified indices to the administrative records were previously filed in the related case, *Allco Renewable Energy Ltd., et al. v. Haaland et al.,* Civ. No. 1:21-cv-11171-IT (D. Mass.).

Federal Defendants reserve all arguments and defenses with regard to the agency actions identified in each agency's certification, including whether Plaintiffs have adequately pled claims to challenge them.

Respectfully submitted,

| | |
|---|---|
| DATED: April 11, 2022 | TODD KIM<br>Assistant Attorney General |
| *Of Counsel:* | Environment & Natural Resources Division |
| Pedro Melendez-Arreaga<br>Lead Attorney-Advisor<br>Offshore Renewable Energy Team<br>Division of Mineral Resources<br>Office of the Solicitor<br>U.S. Department of the Interior<br>1849 C Street, NW<br>Washington, D.C. 20240<br>(202) 513-7759<br>pedro.melendez-arrea@sol.doi.gov | PERRY M. ROSEN<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 353-7792<br>E-mail: perry.rosen@usdoj.gov<br><br>*/s/ Mark Arthur Brown*<br>MARK ARTHUR BROWN<br>D.C. Bar No. 470050<br>Senior Trial Attorney |
| Matthew J. Harris<br>Assistant District Counsel<br>U.S. Army Corps of Engineers<br>New England District<br>696 Virginia Road<br>Concord, MA 01742<br>(978) 318-8244 | Wildlife and Marine Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0204<br>Fax: (202) 305-0275<br>E-mail: mark.brown@usdoj.gov |

matthew.j.harris@usace.army.mil

Lea Tyhach
Attorney - Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel
Northeast Section
55 Great Republic Drive
Gloucester, MA 01930
(978) 281-9242
lea.tyhach@noaa.gov

LUTHER L. HAJEK
CO Bar 44303
Trial Attorney
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiffs and all other parties, who have registered with the Court's CM/ECF system.

So certified this 11th day of April, 2022 by

*/s/ Mark Arthur Brown*
Mark Arthur Brown
Counsel for Federal Defendants