IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLCO RENEWABLE ENERGY LTD., ALLCO FINANCE LTD., and THOMAS M. MELONE,<br><br>       Plaintiffs,<br>  v.<br><br>DEB HAALAND, in her official capacity of Secretary of the Interior, GARY FRAZER, in his official capacity of Assistant Director for Endangered Species, U.S. Fish and Wildlife Service, JANET COIT, in her official capacity of Assistant Administrator, National Marine Fisheries Service, MARTHA WILLIAMS in her official capacity of Principal Deputy Director, U.S. Fish and Wildlife Service, COLONEL JOHN A ATILANO II in his official capacity of Commander and District Engineer, Colonel, U.S. Army Corps of Engineers, U.S. FISH AND WILDLIFE SERVICE, NATIONAL MARINE FISHERIES SERVICE, U.S. ARMY CORPS OF ENGINEERS, BUREAU OF OCEAN ENERGY MANAGEMENT, and the U.S. DEPARTMENT OF THE INTERIOR<br><br>       Defendants. | Civil Action No. 1:21-cv-11171-IT<br><br>Hon. Indira Talwani |

**ADMINISTRATIVE RECORD CERTIFICATION**

  1.  I, Christine M. Jacek, am a Regulatory Project Manager for the U.S. Army Corps of Engineers (USACE), New England District, located in Concord Massachusetts.

  2.  As a Regulatory Project Manager, I evaluate permit applications for regulated activities under Section 10 of the Rivers and Harbors Act of 1899 (RHA), 33 U.S.C. § 403, Section 404 of the Clean Water Act (CWA), 33 U.S.C. § 1344, and Section 103 of the Marine Protection, Research, and Sanctuaries Act of 1972, 33 U.S.C. § 1413. I review submissions from permit applicants, prepare environmental review documents, and draft permit decision documents and permits.

3. In my capacity as Regulatory Project Manager, I had custody and control of the documents that were used to compile the Administrative Record concerning the USACE's issuance of a permit for the Vineyard Wind 1 Project under CWA § 404, 33 U.S.C. § 1344, and RHA § 10, 33 U.S.C. § 403.

3. I certify, to the best of my knowledge and belief, that the documents identified in the Administrative Record Index accompanying this declaration comprise the full and complete Administrative Record concerning the USACE's issuance of a permit for the Vineyard Wind 1 Project under CWA § 404, 33 U.S.C. § 1344, and RHA § 10, 33 U.S.C. § 403.

Dated: April 11, 2022

_____
Christine M. Jacek
Regulatory Project Manager
U.S. Army Corps of Engineers

| Production Begin | Production End | File Name | Date | Pages | AR_DocType | AR Description | AR_Author | AR_Recipient | Notes |
|---|---|---|---|---|---|---|---|---|---|
| USACE_AR_000001 | USACE_AR_000017 | 20170508-1002 Vineyard Wind Presentation to Corps.pdf | 5/8/2017 10:02 | 17 | Email | Email with VW Agenda | Stephanie Wilson, ESS Group | Kevin Kotelly, USACE | |
| USACE_AR_000018 | USACE_AR_000018 | 20171219-1400 Telecon MFR.pdf | 12/19/2017 14:00 | 1 | Memorandum | Memo documenting phone call with VW | Kevin Kotelly, USACE | | |
| USACE_AR_000019 | USACE_AR_000022 | 20180614-0823-NAE-2017-01206_Corps Cooperating Agency Agreement.pdf | 6/14/2018 0:00 | 4 | Letter | USACE cooperating agency letter | Robert DeSista, USACE | Brian Krevor, BOEM | |
| USACE_AR_000023 | USACE_AR_000024 | 20180614-1226-NAE-2017-01206_ Memo for the Record.pdf | 6/14/2018 0:00 | 2 | Memorandum | USACE cooperating agency letter MFR | Christine Jacek, USACE | | |
| USACE_AR_000025 | USACE_AR_000153 | 20181128 1514 NAE-2017-01206 Vineyard Wind USACE Application_Part1_redacted.pdf | 11/28/2018 0:00 | 129 | Permit Application | VW USACE Permit Application Part 1 - Application Form and Appendix A and B.1 | Vineyard Wind | USACE | Confidential Business Information redacted and withheld pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| USACE_AR_000154 | USACE_AR_000189 | 20181128 0806 NAE-2017-01206Vineyard Wind USACE Application_Part2_redacted.pdf | 11/28/2018 0:00 | 36 | Permit Application | VW USACE Permit Application Part 2 - Appendix B.2, C, D | Vineyard Wind | USACE | Confidential Business Information redacted and withheld pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| USACE_AR_000190 | USACE_AR_000831 | 20181128 Vineyard_Wind_COP_Volume_I_10.22.18_Redacted.pdf | 11/28/2018 0:00 | 642 | Permit Application | VW USACE Permit Application Part 2 - Appendix C - Draft COP Volume 1 | Vineyard Wind | USACE | Confidential Business Information redacted and withheld pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| USACE_AR_000832 | USACE_AR_001516 | 20181128 - Vineyard Wind COP Volume III Text_10.22.18_redacted.pdf | 11/28/2018 0:00 | 685 | Permit Application | VW USACE Permit Application Part 2 - Appendix D - Draft COP Vol. 3 Text | Vineyard Wind | USACE | Confidential Business Information redacted and withheld pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| USACE_AR_001517 | USACE_AR_002160 | 20181128 - Vineyard Wind COP Volume III Appendices_10.22.18_PART 1_redacted.pdf | 11/28/2018 0:00 | 644 | Permit Application | VW USACE Permit Application Part 2 - Appendix D - Draft COP Vol. 3 Appendix III-A through III-G | Vineyard Wind | USACE | Confidential Business Information redacted and withheld pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| USACE_AR_002161 | USACE_AR_002368 | 20181128 - Vineyard Wind COP Volume III Appendices_10.22.18_PART 2_reduced.pdf | 11/28/2018 0:00 | 208 | Permit Application | VW USACE Permit Application Part 2 - Appendix D - Draft COP Vol. 3 Appendix III-H.a | Vineyard Wind | USACE | |
| USACE_AR_002369 | USACE_AR_003244 | 20181128 - Vineyard Wind COP Volume III Appendices_10.22.18_PART 3_redacted.pdf | 11/28/2018 0:00 | 876 | Permit Application | VW USACE Permit Application Part 2 - Appendix D - Draft COP Vol. 3 Appendix III-H.b through III-R | Vineyard Wind | USACE | Confidential Business Information redacted and withheld pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| USACE_AR_003245 | USACE_AR_003382 | 20181128 0805 NAE-2017-01206 Vineyard Wind USACE Application_Part3.pdf | 11/28/2018 0:00 | 138 | Permit Application | VW USACE Permit Application Part 3 - Appendix E, F, G, H | Vineyard Wind | USACE | |
| USACE_AR_003383 | USACE_AR_003383 | 20181207 124000-BOEM_NMFS_BAEmail.pdf | 12/7/2018 12:44 | 1 | Email | Email transmitting Section 7 Request | Kyle Baker, BOEM | Julie Crocker, NOAA | |
| USACE_AR_003384 | USACE_AR_003386 | 20181207 124000-BOEM_NMFS_BARequestCoverLetter.pdf | 12/7/2018 12:44 | 3 | Letter | Section 7 Consultation Letter | James Bennett, BOEM | Kimberly Damon-Randall, NOAA | |
| USACE_AR_003387 | USACE_AR_003864 | 20181211-0000-NAE-2017-01206-DraftEIS.pdf | 12/11/2018 0:00 | 478 | Final Document | DEIS | BOEM | | |
| USACE_AR_003865 | USACE_AR_003885 | 20181226 1129 NAE-2017-01206 - VW PUBLIC NOTICE - FINAL.pdf | 12/26/2018 0:00 | 21 | Public Notice | USACE Public Notice of Permit Application | Barbara Newman, USACE | | |
| USACE_AR_003886 | USACE_AR_003889 | 20181226-0846-NAE-2017-01206-Email_PN_Release.pdf | 12/26/2018 8:46 | 4 | Email | Email with USACE Public Notice of Permit Application | Bettina Chaison, USACE | Various | |
| USACE_AR_003890 | USACE_AR_003891 | 20190125-0000-NAE-2017-01206-Ltr_From Town_of_Yarmouth_to_Jacek.pdf | 1/25/2019 0:00 | 2 | Letter | Comment from Town of Yarmouth | Daniel Knapik, Yarmouth | USACE | |
| USACE_AR_003892 | USACE_AR_003910 | 20190125-0000-NAE-2017-01206-Ltr--_from_Pierce_to_Newman_about EEA_Comments.pdf | 1/25/2019 0:00 | 19 | Letter | Comment from MA Division of Marine Fisheries | David E. Pierce, MA DMF | Barbara Newman, USACE | |
| USACE_AR_003911 | USACE_AR_003920 | 20190207 1341 NAE-2017-01206 - VW PN AMENDMENT.pdf | 2/1/2019 0:00 | 10 | Public Notice | USACE public notice announcing re-scheduled VW public meetings | Barbara Newman, USACE | | |
| USACE_AR_003921 | USACE_AR_004388 | 20190204 Vineyard-Wind-COP-Volume-III-Appendix-III-I_2.4.19_(Redacted).pdf | 2/4/2019 0:00 | 468 | Permit Application | Draft COP Vol. 3 Appendix I | Vineyard Wind | | |
| USACE_AR_004389 | USACE_AR_004389 | 20190211-0000-NAE-2017-01206-BOEM - MARTHA'S VINEYARD PUBLIC HEARING.pdf | 2/11/2019 0:00 | 1 | Notes | USACE Notes of Martha's Vineyard Public Hearing | Christine Jacek, USACE | | |
| USACE_AR_004390 | USACE_AR_004392 | 20190213-0000-NAE-2017-01206-VINEYARD WIND - HYANNIS HEARING.pdf | 2/13/2019 0:00 | 3 | Notes | USACE Notes of Hyannis Public Hearing | Christine Jacek, USACE | | |
| USACE_AR_004393 | USACE_AR_005014 | 20190228 000000-RICRMCConsistencyStatement.pdf | 2/28/2019 0:00 | 622 | Final Document | RI CRMC CZM Consistency Statement | Grover Fugate, RI RCMC | Walter Cruikshank, BOEM; James Bennett, BOEM; Lars Pedersen, VW | |
| USACE_AR_005015 | USACE_AR_005166 | 20190301 NMFS-BA-Supplemental-info.pdf | 3/27/2019 0:00 | 152 | Final Document | Biological Assessment | BOEM | | |
| USACE_AR_005167 | USACE_AR_005432 | 20190507 Vineyard-Wind-COP-Addendum-Final.pdf | 5/7/2019 0:00 | 266 | Permit Application | Draft COP Addendum | Vineyard Wind | | Redactions and withholdings in this record existed in the version obtained and reviewed by the USACE in connection with its permit review |
| USACE_AR_005433 | USACE_AR_005476 | 20190731 0000_Vineyard_Wind_Connector_401_WQC_With_Signature.pdf | 7/31/2019 0:00 | 44 | Final Document | State 401 WQC | Stephanie Moura, MA DEP | Erich Stephens, VW | |
| USACE_AR_005477 | USACE_AR_005484 | 20200511-0000-NAE-2017-01206-NMFSBASupplement.pdf | 5/11/2020 0:00 | 8 | Final Document | Supplemental Information for Biological Assessment | BOEM | | |
| USACE_AR_005485 | USACE_AR_005702 | 20200522-1710-NAE-2017-01206_CZM_CONSISTENCY_DETERMINATION.pdf | 5/22/2020 0:00 | 218 | Final Document | Massachusetts CZM Consistency Statement | Lisa Engler, Mass Office of Coastal Zone Management | Rachel Pachter, VW | |
| USACE_AR_005703 | USACE_AR_006391 | 20200603 Vineyard-Wind-COP-Volume-III-Text - Redacted.pdf | 6/3/2020 0:00 | 689 | Permit Application | Draft COP Vol. 3 Text | Vineyard Wind | | Redactions and withholdings in this record existed in the version obtained and reviewed by the USACE in connection with its permit review |
| USACE_AR_006392 | USACE_AR_006580 | 20200603 Vineyard Wind COP Volume III Appendix III-G_06.03.20_(Redacted).pdf | 6/3/2020 0:00 | 189 | Permit Application | Draft COP Vol. 3 Appendix III-G | Vineyard Wind | | Redactions and withholdings in this record existed in the version obtained and reviewed by the USACE in connection with its permit review |
| USACE_AR_006581 | USACE_AR_006858 | 20200603 Vineyard-Wind-COP-Volume-III-Appendix-III-Ha - redacted.pdf | 6/3/2020 0:00 | 278 | Permit Application | Draft COP Vol. 3 Appendix III-H.a | Vineyard Wind | | |
| USACE_AR_006859 | USACE_AR_006917 | 20200603 Vineyard-Wind-COP-Volume-III-Appendix-III-L_0.pdf | 6/3/2020 0:00 | 59 | Permit Application | Draft COP Vol. 3 Appendix III-L | Vineyard Wind | | |
| USACE_AR_006918 | USACE_AR_007209 | 20200603 Vineyard-Wind-COP-Volume-III-Appendix-III-P_0.pdf | 6/3/2020 0:00 | 292 | Permit Application | Draft COP Vol. 3 Appendix III-P | Vineyard Wind | | |
| USACE_AR_007210 | USACE_AR_007217 | 20200603 Vineyard-Wind-COP-Volume-III-Appendix-III-Q_0.pdf | 6/3/2020 0:00 | 8 | Permit Application | Draft COP Vol. 3 Appendix III-Q | Vineyard Wind | | |
| USACE_AR_007218 | USACE_AR_007637 | 20200607-0000-NAE-2017-01206-DEISSupplement.pdf | 6/7/2020 0:00 | 420 | Final Document | Supplement to the DEIS | BOEM | | |
| USACE_AR_007638 | USACE_AR_007639 | 20200917-1631-NAE-2017-01206-Vineyard Wind Biological Opinion-EMAIL.pdf | 9/17/2020 16:31 | 2 | Email | Email transmitting Biological Opinion | Brian Krevor, BOEM | Various | |
| USACE_AR_007640 | USACE_AR_007641 | 20200917-1631-NAE-2017-01206-Vineyard Wind Biological Opinion-EMAIL-attachment 1.pdf | 9/17/2020 16:31 | 2 | Letter | Biological Opinion Cover Letter | Michael Pentony, NMFS | James Bennett, BOEM | |
| USACE_AR_007642 | USACE_AR_007967 | 20200917-1631-NAE-2017-01206-Vineyard Wind Biological Opinion-EMAIL-attachment 2.pdf | 9/17/2020 16:31 | 326 | Final Document | Biological Opinion | Michael Pentony, NMFS | | |
| USACE_AR_007968 | USACE_AR_007996 | 20200929 Vineyard-Wind-COP-Volume-III-Appendix-III-D_1.pdf | 9/29/2020 0:00 | 29 | Permit Application | Draft COP Vol. 3 Appendix III-D | Vineyard Wind | | |
| USACE_AR_007997 | USACE_AR_008130 | 20200929 Vineyard Wind COP Volume III Appendix III-H.b _06.03.20_(Redacted).pdf | 9/29/2020 0:00 | 134 | Permit Application | Draft COP Vol. 3 Appendix III-H.b | Vineyard Wind | | |
| USACE_AR_008131 | USACE_AR_008475 | 20200930 Vineyard Wind COP Volume I_Complete.pdf | 9/30/2020 0:00 | 345 | Permit Application | Draft COP Vol. 1 | Vineyard Wind | | Redactions and withholdings in this record existed in the version obtained and reviewed by the USACE in connection with its permit review |
| USACE_AR_008476 | USACE_AR_008489 | 20201016-0000-NAE-2017-01206-USFWSBAConcurrence.pdf | 10/16/2020 0:00 | 14 | Final Document | NLAA Concurrence | Molly Sperduto, USFWS | David Bigger, BOEM | |

| Link | Bates | Filename | Date | Pages | Type | Description | From | To |
|---|---|---|---|---|---|---|---|---|
| USACE_AR_008490 | USACE_AR_008490 | 20201201-1722-NAE-2017-01206- Vineyard Wind.-EMAIL EDENS TO JACEK.pdf | 12/1/2020 17:22 | 1 | Email | Email transmitting COP withdrawal | Geri Edens, VW | Christine Jacek, USACE |
| USACE_AR_008491 | USACE_AR_008492 | 20201201-1722-NAE-2017-01206- Vineyard Wind.-EMAIL EDENS TO JACEK-attachment.pdf | 12/1/2020 17:22 | 2 | Letter | COP withdrawal letter | Rachel Pachter, VW | Christine Jacek, USACE |
| USACE_AR_008493 | USACE_AR_008494 | 20210125-1058-NAE-2017-01206-RE_ Vineyard Wind-EMAIL.pdf | 1/25/2021 10:58 | 2 | Email | Email transmitting recension of COP withdrawal | Geri Edens, VW | Christine Jacek, USACE |
| USACE_AR_008495 | USACE_AR_008495 | 20210125-1058-NAE-2017-01206-RE_ Vineyard Wind-EMAIL-attachment.pdf | 1/25/2021 10:58 | 1 | Letter | COP withdrawal recension letter | Rachel Pachter, VW | Christine Jacek, USACE |
| USACE_AR_008496 | USACE_AR_008499 | 20210203 Resumption of the FEIS email.pdf | 2/3/2021 15:54 | 4 | Email | Email transmitting letter re no changes required to COP and re design envelope | Jennifer Bucatari, BOEM | Various |
| USACE_AR_008500 | USACE_AR_008503 | 20210203 Resumption of FEIS Attachment 1.pdf | 2/3/2021 15:54 | 4 | Letter | Letter re no changes required to COP | Lars Pedersen, VW | Walter Cruikshank, BOEM |
| USACE_AR_008504 | USACE_AR_008855 | 20210308_NAE-20174-01206-FEIS Volume I.pdf | 3/8/2021 0:00 | 352 | Final Document | FEIS Volume 1 | BOEM | |
| USACE_AR_008856 | USACE_AR_009497 | 20210308_NAE-2017-01206-FEIS Volume II.pdf | 3/8/2021 0:00 | 642 | Final Document | FEIS Volume 2 | BOEM | |
| USACE_AR_009498 | USACE_AR_010131 | 20210308_NAE-2017-01206-FEIS Volume III.pdf | 3/8/2021 0:00 | 634 | Final Document | FEIS Volume 3 | BOEM | |
| USACE_AR_010132 | USACE_AR_010925 | 20210308_NAE-2017-01206-FEIS Volume IV.pdf | 3/8/2021 0:00 | 794 | Final Document | FEIS Volume 4 | BOEM | |
| USACE_AR_010926 | USACE_AR_011162 | 20210504 NAE-2017-01206-MOA Transmittal to USACE.pdf | 5/4/2021 0:00 | 237 | Final Document | 106 MOA Transmittal to USACE | BOEM | |
| USACE_AR_011163 | USACE_AR_011399 | 20210507-0818-NAE-2017-01206_Vineyard Wind 1 COP Section 106 MOA_FINAL.pdf | 5/7/2021 0:00 | 237 | Final Document | Final Section 106 MOA | BOEM | |
| USACE_AR_011400 | USACE_AR_011401 | 20210507-1616-NAE-2017-01206-VW1_NMFS_reinitiation_ltr_Sec7_VW.pdf | 5/7/2021 0:00 | 2 | Letter | Section 7 reinitiation letter | James Bennett, BOEM | Michael Pentony, NMFS |
| USACE_AR_011402 | USACE_AR_011428 | 20210507-1616-NAE-2017-01206-Vineyard Wind_NOAA_BA_Supplement.pdf | 5/7/2021 0:00 | 27 | Final Document | Biological Assessment Supplement | BOEM | |
| USACE_AR_011429 | USACE_AR_011440 | 20210507-1703-NAE-2017-01206-3705_Section 7d Analysis 2021May03 DMR_5-6-2-DC_clean.pdf | 5/7/2021 0:00 | 12 | Final Document | ESA Section 7(d) MFR | James Bennett, BOEM | |
| USACE_AR_011441 | USACE_AR_011541 | 20210510 Vineyard Wind Final Joint Record of Decision_05072021 - Full Corps.pdf | 5/10/2021 0:00 | 101 | Final Document | USACE-signed Joint Record of Decision | BOEM, USACE, NMFS | |
| USACE_AR_011542 | USACE_AR_011544 | 20210510-1729-NAE-2017-01206-FW_ Vineyard Wind ROD-EMAIL TURLEY TO ATILANO.pdf | 5/10/2021 17:29 | 3 | Email | Email re ROD formatting | Tammy Turley, USACE | COL John A. Atilano II, USACE |
| USACE_AR_011545 | USACE_AR_011644 | 20210510-1729-NAE-2017-01206-FW_ Vineyard Wind ROD-EMAIL TURLEY TO ATILANO-attachment.pdf | 5/10/2021 17:29 | 100 | Document | Reformatted ROD | BOEM, USACE, NMFS | |
| USACE_AR_011645 | USACE_AR_011645 | 20210510 191700-E-RODSignatureUpdates.pdf | 5/10/2021 19:18 | 1 | Email | Email re re-signing ROD | Algene Byrum, BOEM | Christine Jacek, USACE |
| USACE_AR_011646 | USACE_AR_011647 | 20210511 081600-E-UpdatedRODNoObjection.pdf | 5/11/2021 8:16 | 2 | Email | Email re re-formatted ROD | Christine Jacek, USACE | Algene Byrum, BOEM |
| USACE_AR_011648 | USACE_AR_011651 | 20210511 090900-E-UpdatedSignedRODTransmittal.pdf | 5/11/2021 9:09 | 4 | Email | Email with re-signed ROD | Christine Jacek, USACE | Algene Byrum, BOEM |
| USACE_AR_011652 | USACE_AR_011751 | 20210511 090900-E-UpdatedSignedRODTransmittal - attachment.pdf | 5/11/2021 9:09 | 100 | Final Document | Re-signed ROD | BOEM, USACE, NMFS | |
| USACE_AR_011752 | USACE_AR_011753 | 20210524-0814-NAE-2017-01206-RE_ Vineyard Wind-EMAIL EDENS TO JACEK.pdf | 5/24/2021 8:14 | 2 | Email | Email transmitting updated plans and with updated permittee name and contact info | Geri Edens, VW | Christine Jacek, USACE |
| USACE_AR_011754 | USACE_AR_011762 | 20210524-0814-NAE-2017-01206-RE_ Vineyard Wind-EMAIL EDENS TO JACEK Attachment.pdf | 5/24/2021 8:14 | 9 | Applicant Document | Project plans | Vineyard Wind | |
| USACE_AR_011763 | USACE_AR_011764 | 20210527 NMFS Response to BOEM re Reinitiation.pdf | 5/27/2021 0:00 | 2 | Letter | NMFS response to Section 7 reinitiaion | Michael Pentony, NMFS | James Bennett, BOEM |
| USACE_AR_011765 | USACE_AR_011767 | 20210610-1003-NAE-2017-01206-E-CorpsConsultant-DraftPermit.pdf | 6/10/2021 10:03 | 3 | Email | Email transmitting draft permit to applicant | Christine Jacek, USACE | Geri Edens, VW |
| USACE_AR_011768 | USACE_AR_011771 | 20210610-1003-NAE-2017-01206-E-CorpsConsultant-DraftPermit-Attachment.pdf | 6/10/2021 10:03 | 4 | Permit Document | Draft permit | USACE | Vineyard Wind |
| USACE_AR_011772 | USACE_AR_011772 | 20210625-0752-NAE-2017-01206-PhoneLog-CorpsAgent.pdf | 6/25/2021 0:00 | 1 | Corps Document | Phone log of conversation re impact figures | Christine Jacek, USACE | |
| USACE_AR_011773 | USACE_AR_011888 | 20210715 BOEM COP Approval Letter.pdf | 7/15/2021 0:00 | 116 | Final Document | BOEM COP Approval | James Bennett, BOEM | Rachel Pachter, VW |
| USACE_AR_011889 | USACE_AR_011893 | 20210806-1652-NAE-2017-01206-ROD Supplement.pdf | 8/6/2021 16:52 | 5 | Final Document | ROD Supplement | COL John. A. Atilano II, USACE | |
| USACE_AR_011894 | USACE_AR_011894 | 20210806 175300-E1of2-ProfferedPermit.pdf | 8/6/2021 17:22 | 1 | Email | Email transmitting initial proffered permit part. 1 | Christine Jacek, USACE | Rachel Pachter, VW |
| USACE_AR_011895 | USACE_AR_011895 | 20210806 175300-E1of2-ProfferedPermit Att 1- Work start.pdf | 8/6/2021 17:22 | 1 | Permit Document | Work-Start Notification Form | USACE | |
| USACE_AR_011896 | USACE_AR_011904 | 20210806 175300-E1of2-ProfferedPermit Att 2- Project plans.pdf | 8/6/2021 17:22 | 9 | Permit Document | Project plans | Vineyard Wind | |
| USACE_AR_011905 | USACE_AR_011908 | 20210806 175300-E1of2-ProfferedPermit Att 3- Pemit form.pdf | 8/6/2021 17:22 | 4 | Permit Document | Initial Proffered Permit | USACE | |
| USACE_AR_011909 | USACE_AR_011916 | 20210806 175300-E1of2-ProfferedPermit Att 4- Appeals.pdf | 8/6/2021 17:22 | 8 | Permit Document | Initial Proffered Permit Cover Letter and Appeal Rights | Tammy Turley, USACE | Rachel Pachter, VW |
| USACE_AR_011917 | USACE_AR_011917 | 20210806 175300-E1of2-ProfferedPermit Att 5- compliance cert.pdf | 8/6/2021 17:22 | 1 | Permit Document | Compliance Certification Form | USACE | |
| USACE_AR_011918 | USACE_AR_011918 | 20210806 181500-E2of2-ProfferedPermit.pdf | 8/6/2021 18:15 | 1 | email | Email transmitting initial proffered permit part 2 | Christine Jacek, USACE | Rachel Pachter, VW |
| USACE_AR_011919 | USACE_AR_011962 | 20210806 181500-E2of2-ProfferedPermit Att 1- 401 WQC.pdf | 8/6/2021 18:15 | 44 | Permit Document | MA 401 WQC | Stephanie Moura, MA DEP | Erich Stephens, VW |
| USACE_AR_011963 | USACE_AR_012288 | 20210806 181500-E2of2-ProfferedPermit Att 2- BiOp.pdf | 8/6/2021 18:15 | 326 | Permit Document | NMFS BiOp | Michael Pentony, NMFS | |
| USACE_AR_012289 | USACE_AR_012525 | 20210806 181500-E2of2-ProfferedPermit Att 3- 106 MOA.pdf | 8/6/2021 18:15 | 237 | Permit Document | Section 106 MOA | BOEM | |
| USACE_AR_012526 | USACE_AR_012626 | 20210806 181500-E2of2-ProfferedPermit Att 4- JROD.pdf | 8/6/2021 18:15 | 101 | Permit Document | Joint Record of Decision | BOEM, USACE, NMFS | |
| USACE_AR_012627 | USACE_AR_012628 | 20210809 0958 NAE-2017-01206 RE_ Proffered Permit - NAE-201...-EMAIL.pdf | 8/9/2021 9:58 | 2 | email | Email transmitting VW-signed permit | Rachel Pachter, VW | Christine Jacek, USACE |
| USACE_AR_012629 | USACE_AR_012632 | 20210809 0958 NAE-2017-01206 RE_ Proffered Permit - NAE-201...-EMAIL - ATTACHMENT.pdf | 8/9/2021 9:58 | 4 | Permit Document | VW-Signed Permit | Rachel Pachter, VW | |
| USACE_AR_012633 | USACE_AR_012634 | 20210810 1006 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...-EMAIL.pdf | 8/10/2021 10:06 | 2 | email | Email transmitting final validated permit Part 1 | Christine Jacek, USACE | Rachel Pachter, VW |
| USACE_AR_012635 | USACE_AR_012638 | 20210810 1006 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...-EMAIL - ATTACHMENT 1.pdf | 8/10/2021 10:06 | 4 | Permit Document | Final validated permit | COL John. A. Atilano II, USACE | |
| USACE_AR_012639 | USACE_AR_012640 | 20210810 1006 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...-EMAIL - ATTACHMENT 2.pdf | 8/10/2021 10:06 | 2 | Permit Document | Final validated permit cover letter | COL John. A. Atilano II, USACE | Rachel Pachter, VW |
| USACE_AR_012641 | USACE_AR_012741 | 20210810 1006 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...-EMAIL - ATTACHMENT 3.pdf | 8/10/2021 10:06 | 101 | Permit Document | Joint Record of Decision | BOEM, USACE, NMFS | |
| USACE_AR_012742 | USACE_AR_012742 | 20210810 1006 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...-EMAIL - ATTACHMENT 4.pdf | 8/10/2021 10:06 | 1 | Permit Document | Compliance Certification Form | USACE | |

| Bates Start | Bates End | Filename | Date | Pages | Type | Description | From | To | |
|---|---|---|---|---|---|---|---|---|---|
| USACE_AR_012743 | USACE_AR_012743 | 20210810 1006 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...-EMAIL - ATTACHMENT 5.pdf | 8/10/2021 10:06 | 1 | Permit Document | Work-Start Notification Form | USACE | | |
| USACE_AR_012744 | USACE_AR_012752 | 20210810 1006 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...-EMAIL - ATTACHMENT 6.pdf | 8/10/2021 10:06 | 9 | Permit Document | Project plans | Vineyard Wind | | |
| USACE_AR_012753 | USACE_AR_012753 | 20210810 1008 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...(1)-EMAIL.pdf | 8/10/2021 10:08 | 1 | Email | Email transmitting final validated permit Part 2 | Christine Jacek, USACE | Rachel Pachter, VW | |
| USACE_AR_012754 | USACE_AR_012797 | 20210810 1008 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...(1)-EMAIL - ATTACHMENT 1.pdf | 8/10/2021 10:08 | 44 | Permit Document | MA 401 WQC | Stephanie Moura, MA DEP | Erich Stephens, VW | |
| USACE_AR_012798 | USACE_AR_013123 | 20210810 1008 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...(1)-EMAIL - ATTACHMENT 2.pdf | 8/10/2021 10:08 | 326 | Permit Document | Biological Opinion | Michael Pentony, NMFS | | |
| USACE_AR_013124 | USACE_AR_013360 | 20210810 1008 NAE-2017-01206 Final Permit - NAE-2017-01206 - Vineyard Wind; ...(1)-EMAIL - ATTACHMENT 3.pdf | 8/10/2021 10:08 | 237 | Permit Document | Section 106 MOA | BOEM | | |
| USACE_AR_013361 | USACE_AR_013362 | 20211018 VW 1 new BiOp Cover Letter_Pentony to Bennett.pdf | 10/18/2021 0:00 | 2 | Letter | Biological Opinion Cover Letter | Michael Pentony, NMFS | James Bennett, BOEM | |
| USACE_AR_013363 | USACE_AR_013862 | 20211018 Vineyard Wind 1 BiOp_Final.pdf | 10/18/2021 0:00 | 500 | Final Document | Biological Opinion | Michael Pentony, NMFS | | |
| USACE_AR_013863 | USACE_AR_013866 | 20211101 Letter Pentony to Bennett re SF and VW Corrections Signed.pdf | 11/1/2021 0:00 | 4 | Letter | Letter with Biological Opinion Corrections | Michael Pentony, NMFS | James Bennett, BOEM | |
| USACE_AR_013867 | USACE_AR_013868 | 20211101 VW new BiOp Cover Letter_Pentony to Bennett CORRECTED Signed.pdf | 11/1/2021 0:00 | 2 | Letter | Biological Opinion Cover Letter | Michael Pentony, NMFS | James Bennett, BOEM | |
| USACE_AR_013869 | USACE_AR_014372 | 20211101 Vineyard Wind 1 BiOp_Final_corrected.pdf | 11/1/2021 0:00 | 504 | Final Document | Biological opinion | Michael Pentony, NMFS | | |
| USACE_AR_014373 | USACE_AR_014374 | 20220114 USACE ROD Supplement.pdf | 1/14/2022 0:00 | 2 | Final Document | ROD Supplement | COL John A. Atilano II, USACE | | |
| USACE_AR_014375 | USACE_AR_014383 | 20220215 Vineyard Wind JROD NMFS ESA Supplement feb 2022.pdf | 2/15/2022 0:00 | 9 | Final Document | 50 CFR 402.15 MFR | COL John A. Atilano II, USACE | | |