IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SEAFREEZE SHORESIDE, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　Federal Defendants,<br><br>and<br><br>VINEYARD WIND 1, LLC,<br><br>　　　　Intervernor-Defendant. | Civil Action No. 1:21-cv-03276-CRC<br><br>Hon. Christopher R. Cooper<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED LIMITED PROTECTIVE ORDER** |

　　　　Federal Defendants (United States Department of the Interior; Debra Haaland, in her official capacity as Secretary of the Department of the Interior; Bureau of Ocean Energy Management ("BOEM"); Amanda Lefton, in her official capacity as the Director of the Bureau of Ocean Energy Management; Laura Daniel-Davis, in her official capacity as Principal Deputy Assistant Secretary, Land and Minerals Management, Department of the Interior; United States Department of Commerce; Gina Raimondo, in her official capacity as Secretary of the Department of Commerce; National Oceanic and Atmospheric Administration, Catherine Marzin, in her official capacity as the Deputy Director of NOAA Fisheries and Acting Director of the National Marine Fisheries Service ("NMFS") Office of Protected Resources; United States Department of Defense; Lloyd J. Austin, in his official capacity as the Secretary of the Department of Defense; United States Army Corps of Engineers ("Corps"); Lt. General Scott A. Spellmon, in his official capacity as the Commander in Chief of the United States Corps of

Engineers; and Colonel John A. Atilano II, in his official capacity as the District Engineer of the New England District of the United States Corps of Engineers), Plaintiffs (Seafreeze Shoreside, Inc., Long Island Commercial Fishing Assoc., Inc., XIII Northeast Fishery Sector, Inc., Heritage Fisheries, Inc., and Old Squaw Fisheries, Inc.), and Intervenor-Defendant Vineyard Wind 1 LLC (collectively, "the Parties"), by and through undersigned counsel, hereby move this Court to enter the Parties' Stipulated Protective Order filed herewith.

In support of this motion, the Parties state as follows:

As set forth in the Stipulated Protective Order filed herewith, the parties agree to the terms of a protective order to govern (i) the production of Confidential Records, as defined in this Order, by BOEM, NMFS, the Corps, and the named officials of those agencies ("Federal Defendants"), and (ii) the review of such Confidential Records by counsel for Plaintiffs.  The purpose of this Stipulated Order is to allow Plaintiffs' counsel access to Confidential Records with appropriate protection of such Records so that Plaintiffs' counsel may determine whether they wish to file unredacted versions of any Confidential Records in support of their merits briefing.  This Stipulated Order expressly does not allow Plaintiffs to file Confidential Records publicly.  The potential reliance on and filing of such material in merits briefing will be addressed separately.

Wherefore, the Parties respectfully request the Court to enter the Parties' Stipulated Protective Order.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

PERRY M. ROSEN
Environmental Defense Section

|  |  |
|---|---|
|  | P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 353-7792<br>E-mail: perry.rosen@usdoj.gov |
| DATED: April 14, 2022 | */s/ Mark Arthur Brown*<br>MARK ARTHUR BROWN<br>D.C. Bar No. 470050<br>Senior Trial Attorney<br>Wildlife and Marine Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0204<br>Fax: (202) 305-0275<br>E-mail: mark.brown@usdoj.gov<br><br>LUTHER L. HAJEK<br>CO Bar 44303<br>Trial Attorney<br>Natural Resources Section<br>999 18th St., South Terrace, Suite 370<br>Denver, CO 80202<br>Tel: (303) 844-1376<br>Fax: (303) 844-1350<br>E-mail: luke.hajek@usdoj.gov<br><br>*Attorneys for Federal Defendant* |
| DATED: April 14, 2022 | */s/ Theodore Hadzi-Antich*<br>Theodore Hadzi-Antich<br>Center for the American Future<br>Texas Public Policy Foundation<br>901 Congress Avenue<br>Austin, Texas 78701<br>Tel: (512) 472-2700<br>tha@texaspolicy.com<br><br>*Attorneys for Plaintiff* |
| DATED: April 14, 2022 | */s/ David Buente*<br>David T. Buente (Bar No. 429503)<br>Peter C. Whitfield (Bar No. 984225)<br>James R. Wedeking (Bar No. 500033)<br>SIDLEY AUSTIN LLP<br>1501 K St. N.W. |


Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (facsimile)

*Counsel for Vineyard Wind 1 LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Joint Motion for Entry of Stipulated Limited Protective Order was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiffs and all other parties, who have registered with the Court's CM/ECF system.

      So certified this 14th day of April, 2022 by

*/s/ Mark A. Brown*
Mark A. Brown
Counsel for Defendants